Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOHN A. VEASY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:11-cv-01179 |
| | ) | Jury Demand |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| TEACH FOR AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT TEACH FOR AMERICA, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF

Defendant Teach for America, Inc. ("TFA") respectfully moves for leave to file a Reply in Support of its Motion to Dismiss (the "Reply") to address several issues raised by Plaintiff John A. Veasy in his Response (Docket No. 9). A copy of TFA's proposed Reply is attached hereto as **Exhibit A**.

WHEREFORE, Defendant Teach for America, Inc. respectfully requests permission to file its Reply in Support of its Motion to Dismiss and that this Court consider its Reply in connection with its consideration of TFA's Motion.

Respectfully submitted,

/s/ Martha L. Boyd
Martha L. Boyd (BPR No. 22029)
Jeffrey L. Allen (BPR No. 26782)