# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. VEASY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-1179 |
| | ) | Judge Trauger |
| TEACH FOR AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Given the pendency of a Motion to Dismiss, which has been converted into a motion for summary judgment, it is hereby **ORDERED** that the initial case management conference scheduled for March 16, 2012 is **CONTINUED**, to be reset, if appropriate, following disposition of this motion.

It is so **ORDERED**.

ENTER this 2nd day of March 2012.

_____
ALETA A. TRAUGER
U.S. District Judge