UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN A. VEASY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-01179 |
| v. ) | |
| ) | Judge Aleta A. Trauger |
| TEACH FOR AMERICA, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to Dismiss/Motion for Summary Judgment (Docket No. 21) is hereby **GRANTED**. All claims by the plaintiff are hereby **DISMISSED WITH PREJUDICE**.

Entry of this order constitutes judgment in the case.

It is so **ORDERED**.

Enter this 17th day of April 2012.

_____
ALETA A. TRAUGER
United States District Judge

1