UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


JOHN A. VEASY,                              )
                                            )
                                            )    Case No. 3:12-cv-0039
v.                                          )      JUDGE CAMPBELL
                                            )
TEACH FOR AMERICA, INC.                     )
                                            )


ENTRY OF JUDGMENT


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal
Rules of Civil Procedure on April 17, 2012.


                                    KEITH THROCKMORTON, CLERK

                                    s/Dalaina Thompson, Deputy Clerk